Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
300 South First Street, Suite 342
San Jose, California 95113
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Cameron Shaw

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMERON SHAW,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JIAN ZUO ZHEN dba LITTLE NAMKING;<br>MBCH PROPERTIES, LLC,<br><br>　　　　Defendants. | No. 3:20-cv-00817-EMC<br><br>**STIPULATION FOR DISMISSAL OF ENTIRE ACTION** |

**IT IS HEREBY STIPULATED** by and between Plaintiff Cameron Shaw and Defendants, Jian Zuo Zhen dba Little Namking; and MBCH Properties, LLC, the parties to this action, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is dismissed with prejudice in its entirety. Each party is to bear his or its own attorneys' fees, expert fees, and costs.

Dated: January 12, 2021              MOORE LAW FIRM, P.C.

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Cameron Shaw

Dated: January 12, 2021              CJH & ASSOCIATES, P.C.

                                     */s/ Michael D. Bluto*
                                     Michael D. Bluto
                                     Attorneys for Defendants,
                                     Jian Zuo Zhen dba Little Namking

Dated: January 12, 2021              JEFFER MANGELS BUTLER & MITCHELL LLP

                                     */s/ Stuart K. Tubis*
                                     Martin H. Orlick
                                     Stuart K. Tubis
                                     Attorneys for Defendants,
                                     MBCH Properties, LLC

**ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signa...

                                     */s/ Tanya E. Moore*
                                     Tanya E. Moore
                                     Attorney for Plaintiff,
                                     Cameron Shaw

GRANTED
Judge Edward M. Chen

STIPULATION FOR DISMISSAL OF ENTIRE ACTION